particular time she was impregnated. In the case under consideration, the witness did claim to know when that event occurred, and she gave reasons for her belief. In the case cited, the court expressly said: "No doubt, circumstances might exist which would enable the female to determine which of two or more connections at about the time of conception was the one producing pregnancy. But, as we have already said, no such circumstance is shown in this case."

Some other questions are discussed in the case, but we do not deem it necessary to consider or decide them.

The judgment is reversed, and the cause remanded, with instructions to grant a new trial.

---

## CONRADT *v.* SULLIVAN ET AL.*

From the Miami Common Pleas.

*N. O. Ross* and *R. P. Effinger*, for appellant.

*H. J. Shirts* and *J. Mitchell*, for appellees.

PETTIT, J.—There are no marginal notes on the transcript as required by rule 19 of this court, and for this omission the submission is set aside, at the costs of the appellant.

*May term, 1873.

---

## CONRADT *v.* SULLIVAN ET AL.

STATUTE OF FRAUDS.—*Lien of Mechanic on Chattel.*—The verbal promise of a mortgagee of a chattel to pay for repairs of the mortgaged property